AO 91
Rev. 11/82

# CRIMINAL COMPLAINT

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 | DISTRICT MASSACHUSETTS |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHN DOE a/k/a JAMES LOWELL HUBBARD | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>86-0471L-01 |

Complaint for violation of Title 18 United States Code § 1542

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| LAWRENCE P. COHEN | U.S. Magistrate | Boston, Massachusetts |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| 6/20/85 | Boston, Massachusetts | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

That on or about June 20, 1985 at Boston in the District of Massachusetts, John Doe a/k/a James Lowell Hubbard, did willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of passports, specifically by representing himself to be a deceased person; all in violation of Title 18, United States Code, Section 1542.

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

SEE ATTACHED AFFIDAVIT.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
*[signature]*
OFFICIAL TITLE
Special Agent, FBI, David R. Williams

Sworn to before me and subscribed in my presence,

SIGNATURE OF MAGISTRATE(1)
*[signature]*

DATE
6/6/86

1) See Federal Rules of Criminal Procedure rules 3 and 54.

A F F I D A V I T

                                            Boston, Massachusetts
                                            June    , 1986


I, David R. Williams, having duly been sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation, and have been so employed for four years.

2. As part of my official duties I am assigned to investigate applications for passports in which the applicant provided or included false information.

3. As a result of an investigation I have conducted on a passport application submitted by a "James Lowell Hubbard", I have learned that on June 20, 1985, an individual identifying himself as James Lowell Hubbard applied for a passport through Charles P. Leonard, a United States Postal Service Employee, authorized to accept passport applications at the United States Post Office, Post Office Square, Boston, Massachusetts. A true copy of the application is attached hereto as Exhibit 1.

4. This same individual also submitted with his application a certified birth certificate in the name of James Lowell Hubbard

showing a date of birth of October 12, 1929. A true copy of that birth certificate is attached hereto as Exhibit 2.

5. The passport application also listed the mailing address as 104 Charles Street, #298, Boston, Massachusetts and a telephone number as (617) 367-0810. During my investigation I have determined that the address is Beacon Hill mailboxes, where mailboxes can be rented for a fee and the telephone number is an answering service.

6. Barbara Hillman and Edith Alberino were interviewed at Beacon Hill Mailboxes, 104 Charles Street, Boston, Massachusetts, the location of Hubbards' mail drop and advised that they had each seen Hubbard only one time.

7. During an investigation conducted in Los Angeles, California by the Federal Bureau of Investigation it was determined that the true James Lowell Hubbard, date of birth 10/12/29, had died resulting from injuries sustained in an automobile accident on 4/12/53 in Santa Paula, California.

8. The application contains on it a photograph of the person who submitted it purporting to be James Lowell Hubbard.

9. Based on on the facts set forth in this affidavit, I have reason to believe and do believe that an individual identifying himself as James Lowell Hubbard at the Boston, Massachusetts U.S. Post Office, did knowingly and willfully make a false statement in the application for a passport with intent

to induce or secure the issuance of a passport in the name of James Lowell Hubbard, all in violation of Title 18, United States Code, Section 1542.

_____
DAVID R. WILLIAMS
Special Agent, Federal Bureau
of Investigation

Subscribed and sworn to before me this 6th day of June, 1986

_____
UNITED STATES MAGISTRATE

# PASSPORT APPLICATION

SEE INSTRUCTIONS—TYPE/PRINT IN WHITE AREAS

## IDENTIFYING INFORMATION

**NAME**
FIRST/MIDDLE: James/Lowell
LAST: Hubbard

**MAILING ADDRESS** (In Care Of if applicable, Street, City, State, ZIP Code)
104 Charles St.
#205
Boston, MA 02114

☐ 5 yr.  ☑ 10 yr.  Issue Date _____
Ⓡ  ☐ D  ☐ O  ☐ DP  Endorsement _____

**SEX:** ☑ Male  ☐ Female
**PLACE OF BIRTH** City, State or Province-Country: Bolivar, MO USA
**HEIGHT:** 5'11"
**COLOR OF HAIR:** Gray
**COLOR OF EYES:** Hazel
**DATE OF BIRTH:** 10/12/29
**SOCIAL SECURITY NUMBER:** (Not Mandatory)
**HOME PHONE:** 617-367-0810
**BUSINESS PHONE:** 
**PERMANENT ADDRESS:** (As above) 104 Charles St. Boston MA
**OCCUPATION:** Sales
**DEPARTURE DATE:** July 1-85

**FATHER'S FULL NAME:** Walton Roy Hubbard
**FATHER'S BIRTHPLACE AND BIRTH DATE:** Bolivar, MO ?/?/1894
**FATHER U.S. CITIZEN?** ☑ Yes  ☐ No

**MOTHER'S FULL MAIDEN NAME:** Ruth Taylor
**MOTHER'S BIRTHPLACE AND BIRTH DATE:** Sunset, Texas ?/?/1860
**MOTHER U.S. CITIZEN?** ☑ Yes  ☐ No

## PREVIOUS PASSPORT INFORMATION
HAVE YOU EVER BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☐ Yes  ☒ No

## PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS (Not Mandatory)
**COUNTRIES:** Japan, S. Korea
**LENGTH OF STAY:** 1 Mo.
**PERSON TO NOTIFY IN CASE OF EMERGENCY:**
FULL NAME: James D. Ryan
ADDRESS: 5347 Dupont Av. S. Minn, MN
PHONE NUMBER: 612-822-6716
RELATIONSHIP: Friend

## MARRIAGE INFORMATION
HAVE YOU EVER BEEN MARRIED? ☐ Yes  ☒ No

Subscribed and sworn to (affirmed) before me this 20 Day of June 19 85

Signature: James L. Hubbard
Passport Agent at: Boston, MA

## FOR ACCEPTANCE AGENT'S USE ONLY
☒ DRIVER'S LICENSE
EXPIRATION DATE: 10/12/91
NUMBER: 521301009
PLACE OF ISSUE: IOWA
ISSUED IN THE NAME OF: JAMES LOWELL HUBBARD

## FOR PASSPORT SERVICES USE ONLY
☒ Birth Cert.  Ⓢ SR  ☐ CR  ☐ City
Filed/Issued: 8/21/68  Place: MO
10/14/29  5/23/85   0705858

FEE $42

FORM DSP-11 (12-84)

(L... ...ept if rephotographed, or if seal impression can...)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (Sec. 193.315 RSMo 1984)

STATE OF MISSOURI
CITY OF JEFFERSON

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Division of Health of Missouri. Witness my hand as State Registrar of Vital Statistics and the Seal of the Division of Health of Missouri this date of

MAY 23 1985

*Garland H. Land*
Garland H. Land
State Registrar of Vital Statistics

---

**STATE OF MISSOURI**
Bureau of Vital Statistics
**CERTIFICATE OF BIRTH**

1. PLACE OF BIRTH
County of: Polk
Township of: Marion
Village of: _____
City of: _____
No. _____ St. _____ Ward

Registration District No. 701
Primary Registration District No. 5730
File No. 45590
Registered No. 87

If birth occurs in a hospital or other institution, give name of same, instead of street and number.

2. FULL NAME OF CHILD: James Lowell Hubbard

3. Sex: Male
4. Legitimate: Yes
7. Date of Birth: Sep 12, 1929

8. FULL NAME OF FATHER: Walter Roy Hubbard
12. FULL MAIDEN NAME OF MOTHER: Ruth Taylor
9. P.O. ADDRESS: Bolivar Mo
14. P.O. ADDRESS: Bolivar Mo
10. COLOR OR RACE: White
10a. AGE AT LAST BIRTHDAY: 45
15. COLOR OR RACE: White
15a. AGE AT LAST BIRTHDAY: 29
11. BIRTHPLACE: Bolivar Mo
16. BIRTHPLACE: Sunset Texas
12. OCCUPATION: Farmer
17. OCCUPATION: Housewife

18. Number of child of this mother: 9
19. Number of children of this mother now living: 9
20. (This Child): Yes

21. CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE
I hereby certify that I attended the birth of this child, who was born alive on the date above stated.

(Signature) J. A. Bridges
Physician
Address: Bolivar Mo

22. Given name added from supplemental report 7-22, 1918

23. Filed Oct 14, 1929
J. F. Roberts, Registrar